UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Sunshine Stewart,

    Plaintiff,

—v—

Manhattan Yacht Club *et al.*,

    Defendants.

16-CV-9764 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The motion to extend discovery, Dkt. No. 136, is hereby GRANTED. The expert discovery deadline is extended to January 24, 2020.

SO ORDERED.

Dated: November __, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge